USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: OI S.A.
IN RE: OI BRASIL HOLDINGS COOPERATIEF U.A.,

------------------------------------------------------------X

INTERNATIONAL BONDHOLDER COMMITTEE

           Appellant,

18 **CIVIL** 3147 (VSB)
18 **CIVIL** 3166 (VSB)
18 **CIVIL** 3178 (VSB)

-against-

## JUDGMENT

OI S.A. and ANTONIO REINALDO RABELO FILHO as Foreign Representative of the RJ Proceeding,

           Appellees,

------------------------------------------------------------X

AUERLIUS CAPITAL MANAGEMENT, LP,

           Appellant,

-against-

OI S.A. and ANTONIO REINALDO RABELO FILHO as Foreign Representative of the RJ Proceeding,

           Appellees.

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 7, 2020, Appellees' motions to dismiss theses appeals are GRANTED; Appellant's cross-request for vacatur is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
      February 7, 2020

                                **RUBY J. KRAJICK**

                                **Clerk of Court**

            **BY:**       _____
                                **Deputy Clerk**